**Reginald GRIFFIN, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. WD 49507.**

Missouri Court of Appeals,
Western District.

Nov. 8, 1994.

Gary E. Brotherton, Office of the State Public Defender, Columbia, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., David G. Brown, Asst. Atty. Gen., Jefferson City, for respondent.

Before HANNA, P.J., and
BRECKENRIDGE and SMART, JJ.

*ORDER*

PER CURIAM.

Appeal from the denial of a Rule 29.15 motion for postconviction relief.

Affirmed. Rule 84.16(b).